B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   **Archer Healthcare Providers, LLC**                     Case No.  **14-70401**
                                 Debtor(s)                   Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>4050 Alpha Rd.<br>MC 5115 NDAL<br>Dallas, TX 75244 | Internal Revenue Service<br>4050 Alpha Rd.<br>MC 5115 NDAL<br>Dallas, TX 75244 | Payroll taxes incurred by third party | Disputed | 627,578.14 |
| First Choice Medical<br>PO Box 3608<br>Jackson, MS 39207 | First Choice Medical<br>PO Box 3608<br>Jackson, MS 39207 | Medical supplies | Disputed | 29,206.89 |
| McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | McKesson Medical Supply<br>5050 Kingsley Dr.<br>Cincinnati, OH 45263 | Medical supplies | | 20,999.27 |
| City of Archer<br>PO Box 367<br>Archer City, TX 76351 | City of Archer<br>PO Box 367<br>Archer City, TX 76351 | Water | | 12,406.03 |
| Medicine Chest Pharmacy<br>411 Main St., Ste. 2<br>Sulphur Springs, TX 75482 | Medicine Chest Pharmacy<br>411 Main St., Ste. 2<br>Sulphur Springs, TX 75482 | Pharmacy supplies | Disputed | 10,290.59 |
| StarTexPower<br>PO Box 650827<br>Dallas, TX 75265 | StarTexPower<br>PO Box 650827<br>Dallas, TX 75265 | Electricity | | 6,930.22 |
| RFT Technologies<br>3125 N. 126th St.<br>Brookfield, WI 53005 | RFT Technologies<br>3125 N. 126th St.<br>Brookfield, WI 53005 | Security contractor | | 5,223.18 |
| Don Estridge Dairy<br>Route 2, Box 5<br>Olney, TX 76374 | Don Estridge Dairy<br>Route 2, Box 5<br>Olney, TX 76374 | Food supply | | 4,989.50 |
| Hamilton Hospital<br>901 W. Hamilton<br>Olney, TX 76374 | Hamilton Hospital<br>901 W. Hamilton<br>Olney, TX 76374 | Lab tests | Disputed | 4,980.21 |
| Atmos Energy<br>PO Box 790311<br>Phoenix, AZ 85052 | Atmos Energy<br>PO Box 790311<br>Phoenix, AZ 85052 | Natural gas | | 4,179.54 |
| Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmerica<br>PO Box 409251<br>Atlanta, GA 30384 | Pharmacy supplies | | 2,809.77 |
| Progressive Waste<br>PO Box 819<br>Iowa Park, TX 76367 | Progressive Waste<br>PO Box 819<br>Iowa Park, TX 76367 | Waste removal | | 2,266.32 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Archer Healthcare Providers, LLC**                 Case No.   **14-70401**
                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Air Gas Southwest<br>PO Box 676031<br>Dallas, TX 75267 | Air Gas Southwest<br>PO Box 676031<br>Dallas, TX 75267 | Oxygen | | 2,218.00 |
| Ecolab<br>PO Box 70343<br>Chicago, IL 60673 | Ecolab<br>PO Box 70343<br>Chicago, IL 60673 | Chemicals | | 1,845.57 |
| Brazos Telecommunications<br>109 North Ave. D<br>Olney, TX 76374 | Brazos Telecommunications<br>109 North Ave. D<br>Olney, TX 76374 | Telephone | | 1,725.19 |
| MDI Achieve<br>PO Box 86<br>Minneapolis, MN 55486 | MDI Achieve<br>PO Box 86<br>Minneapolis, MN 55486 | Software supplier | | 1,634.74 |
| Aqua One<br>PO Box 8210<br>Amarillo, TX 79114 | Aqua One<br>PO Box 8210<br>Amarillo, TX 79114 | Water | | 1,517.90 |
| Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Metro Stat<br>325 Gold St., #100<br>Garland, TX 75042 | Radiology testing | | 1,167.00 |
| ProLab<br>3020 Wichita Court<br>Fort Worth, TX 76140 | ProLab<br>3020 Wichita Court<br>Fort Worth, TX 76140 | Lab testing | | 1,096.83 |
| Ferguson-Veresh, Inc.<br>703 E. Scott St.<br>Wichita Falls, TX 76301 | Ferguson-Veresh, Inc.<br>703 E. Scott St.<br>Wichita Falls, TX 76301 | Genertor contractor | | 363.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 9, 2014**               Signature   **/s/ Ron Sanborn**
                                                            **Ron Sanborn**
                                                             **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.